UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SEL W. DUNLAP )<br>    Plaintiff )<br>     )<br>    v. )<br>     )<br>REFUSE DEPARTMENT SANITARY )<br>DISTRICT, )<br>     )<br>    Defendant ) | CAUSE NO. 3:05-CV-214 RM |

OPINION AND ORDER

The defendant Refuse Department Sanitary District of Michigan City, Indiana filed a motion to strike and to dismiss plaintiff Sel Dunlap's *pro se* complaint because Mr. Dunlap had not signed it. Mr. Dunlap's response to the Refuse Department's motion included an amended complaint that contains his signature. He also filed a copy of this amended complaint on June 10, 2005. He didn't need leave of the court to file his amended complaint because the defendant has yet to file a responsive pleading. *See* FED. R. CIV. P. 15(a). Because Mr. Dunlap's amended complaint cures the only deficiency pointed out by the Refuse Department's motion to strike and dismiss, the motion to strike and dismiss [docket no. 25] is DENIED AS MOOT.

ENTERED: <u>June 17, 2005</u>

<u>/s/ Robert L. Miller, Jr.</u>
Chief Judge
United States District Court

cc: S. Dunlap